**No. 41587.**—Protest 620394–G of Otto Roth & Co., Inc. (New York).

Opinion by KEEFE, J. On the authority of *Locatelli* v. *United States* (T. D. 49389) the protest was sustained.